# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCIS T. WILLIAMSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JAMES A. YATES, et al.,<br><br>　　　　　Defendants.<br>_____ / | CASE NO. 1:11-cv–00004-BAM PC<br><br>ORDER DISMISSING ACTION, WITH PREJUDICE, FOR FAILURE TO STATE A CLAIM<br><br>ORDER THAT DISMISSAL IS SUBJECT TO 28 U.S.C. § 1915(G) |

　　　Plaintiff Francis T. Williamson is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff consented to the jurisdiction of the Magistrate Judge on January 18, 2011. On February 16, 2012, an order issued dismissing Plaintiff's complaint for failure to state a claim. Plaintiff was warned that if he failed to file an amended complaint in compliance with the order, this action would be dismissed, with prejudice, for failure to state any claims. On March 5, 2012, Plaintiff was granted a thirty day extension of time to file his amended complaint.

　　　More than thirty days have passed and Plaintiff has not complied with or otherwise responded to the Court's order. As a result, there is no pleading on file which sets forth any claims upon which relief may be granted.

　　　Accordingly, pursuant to 28 U.S.C. § 1915A and 28 U.S.C. § 1915(e), this action is HEREBY DISMISSED, with prejudice, based on Plaintiff's failure to state any claims upon which

///

///

1  relief may be granted.  The Clerk's Office SHALL enter judgment against Plaintiff.  This dismissal
2  is subject to the "three-strikes" provision set forth in 28 U.S.C. § 1915(g).  <u>Silva v. Vittorio</u>, No. 08-
3  15620, 2011 WL 4436248, at *4 (9th Cir. Sept. 26, 2011).
4      IT IS SO ORDERED.
5    **Dated:**   **April 24, 2012**          **/s/ Barbara A. McAuliffe**
                                                         UNITED STATES MAGISTRATE JUDGE